TAMARA VANNAH, ESQ.
Nevada Bar No. 10661
ROBERT D. VANNAH, ESQ.
Nevada Bar No. 2503
**GOLIGHTLY & VANNAH, PLLC**
5555 Kietzke Lane, Suite 150
Reno, Nevada 89511
Telephone: (775) 222-3333
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONNA HOGAN, individual,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES I through X, and ROE Corporations I through X, inclusive,<br><br>Defendants. | CASE NO.: 3:19-cv-00732-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Donna Hogan, by and through her counsel of record, and Defendant, State Farm Mutual Automobile Insurance Company, by and through its counsel of record hereby stipulate that this this case, including all claims that have been or could have been asserted herein, be hereby

///

///

///

dismissed with prejudice, with each party to bear its own fees and costs.

Dated this 27th day of March, 2020.

GOLIGHTLY & VANNAH, PLLC

/s/ TAMARA VANNAH

By:_____
TAMARA VANNAH, ESQ.
Nevada Bar No. 010661
ROBERT D. VANNAH, ESQ.
Nevada Bar No. 002503
5555 Kietzke Lane, Suite 150
Reno, Nevada 89511
*Attorneys for Plaintiff*

Dated this 27th day of March, 2020.

HALL JAFFE & CLAYTON, LLP

/s/ RILEY A. CLAYTON

By:_____
RILEY A. CLAYTON, ESQ.
Nevada Bar No. 005260
7425 Peak Drive.
Las Vegas, Nevada 89128
*Attorneys for Defendant, State Farm Mutual Automobile Ins. Co.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: March 30, 2020